IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARK L. FATTIG, | ) | 4:11CV3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CABELA'S INC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Extend. (Filing No. 44.) In his Motion, Plaintiff asks the court to provide him with an extension of time to reply to Defendant's Reply Brief in support of Defendant's Motion for Summary Judgment. (*Id*.) However, Plaintiff is not permitted to file a reply to Defendant's Reply Brief without the court's leave. *See* NECivR 7.0.1(c). Because Plaintiff has already filed response to Defendant's Motion for Summary Judgment (filing no. 42), his Motion to Extend is denied.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend (filing no. 44) is denied.

DATED this 13th day of June, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.